# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155523

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 155523
                                     COA: 334563
                                     Oakland CC: 2014-249799-FH

KERRY JOSEPH FLECK,
      Defendant-Appellant.

_____/

      By order of February 20, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the February 2, 2017 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, it appearing to this Court that the cases of *People v Tucker* (Docket No. 152798) and *People v Snyder* (Docket No. 153696) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018
                                       
                                            Clerk

s0625